IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50762
Summary Calendar
_____

REYNALDO G. SALGADO,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF
SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-96-CV-84
- - - - - - - - - -
October 9, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:*

    Reynaldo G. Salgado appeals from the district court's judgment granting the Commissioner's motion for summary judgment and affirming the denial of his application for disability insurance benefits and supplemental security income.  Salgado argues that the decision of the administrative law judge (ALJ) is not supported by substantial evidence.  In particular, Salgado argues that the ALJ's determination that he had a marginal education is not supported by substantial evidence.  Salgado also

        *  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

argues that the ALJ failed to consider his subjective complaints of pain and the various alternative treatments he uses to relieve his pain.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court.  See Salgado v. Apfel, No. P-96-CV-84 (W.D. Tex. June 23, 1997).

AFFIRMED.